possible for a reasonable person to find guilt beyond a reasonable doubt.

I would reverse.

viction Rule 29.15 motion is affirmed. Rules 84.16(b) and 30.25(b).

STATE of Missouri, Respondent,

v.

Marvin D. HUNT, Appellant.

Marvin Dean HUNT, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 43344, WD 45269.

Missouri Court of Appeals,
Western District.

July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Juanita GILLILAND, Respondent,

v.

AMERICAN DRUG STORES, INC. d/b/a
Osco Drug, Inc., Appellant.

No. WD 45188.

Missouri Court of Appeals,
Western District.

Argued April 16, 1992.

Decided July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J. and FENNER and ULRICH, JJ.

Hal D. Meltzer, Turner and Boisseau, Kansas City, for appellant.

William L. Hall, Phillips, McElligott, Ewan & Hall, P.C., Independence, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

## ORDER

PER CURIAM:

Marvin D. Hunt appeals his conviction for possession of cocaine, § 195.202, RSMo Cum.Supp.1989, a class C felony, and possession of amphetamine, § 195.202, a class C felony, and he appeals denial of his Rule 29.15 postconviction motion. The appeals are consolidated. Mr. Hunt was convicted as a prior offender under § 558.016, RSMo 1986.

The judgment of conviction is affirmed. The judgment denying Mr. Hunt's postcon-

## ORDER

Appeal from a jury verdict finding Appellant 50% at fault and respondent 50% at fault on a negligence claim involving a "slip and fall" accident.

Judgment affirmed.